DOMINICK L. GIANGRASSO, APPELLANT, V. EAGLE
DISTRIBUTING COMPANY, APPELLEE.
176 N. W. 2d 16

Filed April 3, 1970. No. 37366.

Thomas P. Kelley of Kelley, Grant, Costello & Dugan, for appellant.

Gross, Welch, Vinardi, Kauffman, Schatz & Day, for appellee.

Heard before WHITE, C. J., CARTER, SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

McCOWN, J.

Where a notice of appeal is not filed within 1 month from the entry of the judgment or final order appealed from, this court obtains no jurisdiction to hear the appeal and it must be dismissed. See, § 25-1912, R. R. S. 1943; Ruan Transport Corp. v. Peake, Inc., 163 Neb. 319, 79 N. W. 2d 575; Morimoto v. Nebraska Children's Home Society, 176 Neb. 403, 126 N. W. 2d 184.

The notice of appeal in this workmen's compensation case having been filed out of time, the appeal is dismissed.

APPEAL DISMISSED.